IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Samuel Jefferson, | ) |
| | ) Case No. 3:12-cv-0988 |
| Plaintiff, | ) |
| | ) Judge Campbell |
| v. | ) Magistrate Judge Knowles |
| | ) |
| Corizon Health Care Providers, et al., | ) |
| | ) |
| Defendants | ) |

## DENIAL OF DEFAULT

The Plaintiff has filed a "Request for Default Judgment by the Clerk" (Docket Entry No. 33) wherein he asks for default judgment against Defendant Michael Greenwood. Additionally, Plaintiff has filed a request for default against Eli Lilly (Docket Entry No. 34). Plaintiff's requests are denied as moot. The Clerk's denial of default entered on November 27, 2012 (Docket Entry No. 30), addresses the issue of default against both Michael Greenwood and Eli Lilly. The Court has granted Defendant Greenwood's Motion for Extension of Time (Docket Entry No. 26) and has given Defendant until December 21, 2012, to file an answer (Docket Entry No. 27). Regarding Defendant Eli Lily, it was served on November 16, 2012 and has 21 days from that date to file an answer (Docket Entry No. 25). The due date for a response by Eli Lilly has not yet arrived. As such, default is not appropriate and may not be entered by the Clerk. Plaintiff may refile his requests for default should either Defendant not file an answer within the appropriate time period.

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court