UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
SAMUEL JEFFERSON,            )
                             )
        Plaintiff            )   Case No. 3:12-0988
                             )   Judge Sharp/Bryant
v.                           )   **Jury Demand**
                             )
CORIZON HEALTHCARE PROVIDERS,)
et al.,                      )
                             )
        Defendants           )
```

**O R D E R**

Defendant Eli Lilly & Company, Inc. ("Lilly") has filed its motion to amend scheduling order (Docket Entry No. 114). By this motion Defendant Lilly seeks an extension of the deadline for filing a dispositive motion to August 30, 2013.

This case is presently set for a jury trial on December 3, 2013 (Docket Entry No. 58). Local Rule 16.01(d)(2)f requires that there be at least 90 days between completion of briefing on a dispositive motion and the trial date. The extension requested by Defendant, if granted, would necessarily violate this local rule when similar extensions to deadlines for filing a response and a reply were granted. Accordingly, the undersigned Magistrate Judge lacks the authority to grant the extension that Defendant Lilly seeks.

For the above reason, Defendant's motion to amend the scheduling order is **DENIED** without prejudice to any party's right to seek a continuance of the trial date from the district judge.

It is so **ORDERED**.

                                                   s/ John S. Bryant
                                                 JOHN S. BRYANT
                                                 United States Magistrate Judge