```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

SAMUEL JEFFERSON,               )
                                )
        Plaintiff               )   Case No. 3:12-0988
                                )   Judge Sharp/Bryant
v.                              )   **Jury Demand**
                                )
CORIZON HEALTHCARE PROVIDERS,   )
*et al.*,                       )
                                )
        Defendants              )

### **O R D E R**

The District Judge has granted Defendant Eli Lilly's motion to amend the scheduling order and has continued the trial in this case (Docket Entry No. 121). The District Judge has further referred the case to the undersigned Magistrate Judge for additional case management.

The following revised pretrial deadlines shall govern the progress of this case:

All discovery shall be completed no later than **November 25, 2013**.

Any dispositive motion shall be filed no later than **December 16, 2013**. A response shall be filed within **28 days** of the filing of a dispositive motion and, in any event, no later than **January 13, 2014**. An optional reply, limited to **five pages**, may be filed within **14 days** of the filing of a response and, in any event, no later than **January 27, 2014**.

By direction of the District Judge, this case is set for trial before The Honorable Kevin Sharp, District Judge, and a jury

on May 6, 2014, commencing at 9:00 a.m. The pretrial conference is scheduled for April 21, 2014, at 3:30 p.m.

In light of this order, Defendant Lilly's motion to amend scheduling order to stay discovery (Docket Entry No. 67) is **DENIED** as moot.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge