UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SAMUEL JEFFERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 3:12-cv-0988** |
| **v.** ) | |
| ) | **Judge Sharp** |
| **CORIZON HEALTH CARE** ) | **Magistrate Judge Bryant** |
| **PROVIDERS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Plaintiff Samuel Jefferson, an inmate at the Lois M. Deberry Special Needs Facility ("DSNF") proceeding *pro se*, has filed his civil rights complaint pursuant to 42 U.S.C. §§ 1983, 1985 against several defendants, including Defendant Michael Greenwood, a corrections officer at DSNF. On February 20, 2013, Defendant Greenwood filed a motion for summary judgment, asserting that summary judgment should be granted because Plaintiff failed to exhaust his administrative remedies, as required by the Prison Litigation Reform Act. (Docket Entry No. 71). Plaintiff filed a response in opposition, to which Defendant filed a reply. (Docket Entry Nos. 75 and 76).

The Magistrate Judge entered a Report and Recommendation ("R & R") (Docket Entry No. 109) in this case on July 29, 2013, concluding,

> Because the Defendant has carried his burden of showing that the Plaintiff failed to exhaust his administrative remedies, the motion for summary judgment should be GRANTED.

(*Id.* at 2). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the

1

magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 109) is hereby ACCEPTED and APPROVED;

(2) *Defendant Greenwood's Motion for Summary Judgment* (Docket Entry No. 71) is hereby GRANTED; and

(3) The claims against Defendant Michael Greenwood are hereby DISMISSED WITH PREJUDICE.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01 for the claims against the remaining Defendants.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE