IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Samuel Jefferson | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 3:12-cv-0988 |
| Corizon Health Care Providers; et al. | Judge Sharp |
| | Magistrate Judge Bryant |
| Defendant | |

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION TO PLACE CONFIDFENTIAL DOCUMENTS UNDER SEAL

Defendant Eli Lilly and Company ("Lilly"), respectfully moves the Court to immediately remove from the Court's ECF and/or PACER websites, as well as any other public file available in the Clerk's office, the attachments filed by Plaintiff Samuel Jefferson to his "Motion For Leave To Amend As A Matter Of Course With Relation Back Amendment" [Docket No. 150] and Plaintiff's 2nd "Motion For Leave To Amend As A Matter Of Course With Relation Back Amendment" [Docket No. 155]. This Court has already ruled four times that these attachments, all of which relate to the settlement between Lilly and Plaintiff, are deserving of protection and should be sealed. Nevertheless, Plaintiff continues to file them in support of various motions. The specific attachments at issue are:

1. Attachment No. 150-2 "Exhibit Truth #1 at pages 3 through 10;

2. Attachment No. 150-3 "Exhibit Truth #2" at pages 2 through 5;

3. Attachment No. 150-6 "Exhibit Truth #5" at pages 19 through 22; and

4. Attachment No. 150-1 "Amendment" at pages 33 through 45 and pages 72 through 75.