```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

SAMUEL JEFFERSON,              )
                               )
        Plaintiff              )   Case No. 3:12-0988
                               )   Judge Sharp/Bryant
v.                             )   **Jury Demand**
                               )
CORIZON HEALTHCARE PROVIDERS,  )
*et al.*,                      )
                               )
        Defendants             )

## **O R D E R**

Plaintiff Jefferson, who is proceeding *pro se*, has filed his "Motion for Entry of Deemed Admissions" (Docket Entry No. 84) by which he seeks an order deeming certain requests for admission addressed to Defendant Greenwood as admitted. Defendant Greenwood has filed a response in opposition (Docket Entry No. 85), in which Defendant states that Plaintiff has not actually served requests for admissions upon this Defendant but, instead, has filed his "Motion to Empliment (sic) Request for Admissions" (Docket Entry No. 77). According to Defendant Greenwood's response, Defendant construed this motion as one seeking Court leave to serve the subject requests for admissions.

Since Plaintiff's failure to serve the subject written discovery in accordance with Rule 36 of the Federal Rules of Civil Procedure apparently has caused some uncertainty about Defendant Greenwood's obligation to serve responses, the undersigned Magistrate Judge finds that Plaintiff's motion to deem these requests admitted (Docket Entry No. 84) should be **DENIED**.

Nevertheless, if Defendant Greenwood has not already served responses to these requests, he shall do so no later than **January 15, 2014**.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge