UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL JEFFERSON, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 3:12-0988 |
| | ) | Judge Sharp/Bryant |
| v. | ) | **Jury Demand** |
| | ) | |
| CORIZON HEALTHCARE PROVIDERS, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

### **O R D E R**

Plaintiff Jefferson, who is proceeding *pro se* and in *forma pauperis*, has filed three motion for leave to amend his complaint (Docket Entry Nos. 137, 150, and 155). All three of these motions are untimely.

The scheduling order in this case established February 20, 2013, as the deadline to file a motion to amend pleadings (Docket Entry No. 58). The three pending motions for leave to amend were filed by Plaintiff on September 18, 2013, October 21, 2013, and October 28, 2013, respectively. The earliest of these motions was filed months after the deadline for seeking leave to amend pleadings and after the deadline for completion of discovery. The undersigned Magistrate Judge, therefore, finds that to allow these requested amendments would unduly prejudice the Defendants and unnecessarily delay and complicate the resolution of the claims already in this case.

For the foregoing reasons, Plaintiff's pending motions for leave to amend the complaint (Docket Entry Nos. 137, 150, and 155) are **DENIED.**

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge