UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SAMUEL JEFFERSON, )
 )
Plaintiff, )
 )
v. ) Case No. 3:12-CV-00988
 ) Judge Sharp
CORIZON HEALTH CARE ) Magistrate Judge Bryant
PROVIDERS, et al., )
ET AL., )
 )
Defendants. )

**ORDER:** The motion for leave to amend (Docket No. 137) has been denied (Docket No. 167). Therefore, this motion to strike is denied as moot.

John Bryant, USMJ

## DEFENDANT CORIZON, INC.'S MOTION TO STRIKE "PLAINTIFF'S MOTION FOR LEAVE TO AMEND AS A MATTER OF COURSE WITH RELATION BACK OF AMENDMENT DOCTRINE, IN SUPPORT THERE OF"

Defendant Corizon, Inc. ("Corizon") requests an order striking Plaintiff's submission entitled "PLAINTIFF'S MOTION FOR LEAVE TO AMEND AS A MATTER OF COURSE WITH RELATION BACK OF AMENDMENT DOCTRINE, IN SUPPORT THERE OF" [Docket No. 137] (the "Motion") on the grounds that it is unintelligible, nonsensical and not recognized by the Federal Rules of Civil Procedure. Pursuant to F.R.C.P. 10 (c), Corizon incorporates by reference Defendant Eli Lilly's Motion to Strike (Document 140).

Wherefore, Corizon requests an order striking the Motion and for any additional relief this Court may deem appropriate.