UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
OCT 07 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

SAMUEL JEFFERSON
PLAINTIFF

V.

CORIZON INC., et. al.,
DEFENDANTS

CASE NO. 3:12-cv-00988
JUDGE SHARP; BRYANT
jury trial demand

ORDER:
Motion denied.
John Bryant
USMJ

PLAINTIFF'S MOTION TO CONSOLIDATE CASES 3:10-cv-00988, 3:11-cv-00485, WITH CASES 3:10-cv-00754 and 3:11-cv-00288, as one case pursuant to "RULE 42 OF THE F.R.C.P."

Comes the plaintiff, Samuel Jefferson, Pro SE, and respectfully moves this honorable Court For The consolidation of all related cases as entitled above, pursuant to Rule 42 of the Federal Rules of Civil Procedure. Consolidation of all these cases will provide judicial efficiency and preserve time and economic resources in trial.

The plaintiff, therefore expresses that he agrees with defendant "FPW", that the Court should take such action, and that "any other relief", should be granted....in favor of the plaintiff. Wherefore plaintiff request that such prayer to consolidate be granted...

RESPECTFULLY ENTERED
Samuel Jefferson
Date 10-2-2013