UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*ORDER :*
*Motion denied*
*John Bryant*
*USMJ*

SAMUEL JEFFERSON
PLAINTIFF

CASE NO. 3:12-cv-00988
JUDGE SHARP; BRYANT
jury trial demand

V.

CORIZON INC.,et. al.,
DEFENDANTS

2      PLAINTIFF'S MOTION TO CONSOLIDATE CASES (3: 12-cv-00988) 3: 12-cv-00485,
WITH CASES 3:10-cv-00754 and 3:11-cv-00288, as one case pursuant to
"RULE 42 OF THE F.R.C.P."

---

Comes the plaintiff, Samuel Jefferson, Pro SE, and respectfully moves

this honorable Court For The consolidation of all related cases as

entitled above, pursuant to Rule 42 of the Federal Rules of Civil Procedure.

Consolidation of all these cases will provide judicial efficiency and

preserve time and economic resources in trial.

The plaintiff, therefore expresses that he agrees with defendant "FPW",

that the Court should take such action, and that "any other relief",

should be granted... in favor of the plaintiff. Wherefore plaintiff request

that such prayer to consolidate be granted..._

RESPECTFULLY ENTERED

*Date 10-2-2013*
*Oct. 6th, 2013*