IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:12-cv-00988 |
| CORIZON HEALTHCARE PROVIDERS *et al.*, | ) Chief Judge Sharp ) Magistrate Judge Bryant |
| Defendants. | ) |

## ORDER

Before the Court are two separate Report and Recommendations ("R&Rs") (ECF Nos. 168, 195) filed by Magistrate Judge John Bryant, recommending that the motions for summary judgment (ECF Nos. 88, 152) filed by defendants Corizon, Inc. (identified in the complaint as Corizon Healthcare Providers) and Eli Lilly and Company be granted, that plaintiff Samuel Jefferson's cross-motion for summary judgment (ECF No. 109) be denied, and that this action be dismissed with prejudice. Each R&R notified the plaintiff that he had fourteen days from his receipt thereof within which to file written objections to the recommendations, and that failure to lodge specific objections within that time frame could result in waiver of further appeal of the recommendation. (ECF No. 168, at 7–8; ECF No. 195, at 8.) Despite such warnings, the plaintiff failed to file any objections to the R&Rs, and the time for doing so has expired.

Because the plaintiff lodged no objections to the R&Rs, the Court reviews them for clear error only. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); 28 U.S.C. § 636(b)(1)(C). Having done so, the Court finds that the magistrate judge's recommendations are fully supported by the factual record and the law and are not clearly erroneous.

The R&Rs are therefore **ACCEPTED** in their entirety. The defendants' motions for summary judgment (ECF Nos. 88, 152) are **GRANTED**; the plaintiff's cross-motion for summary judgment (ECF No. 107) is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

All other pending motions are **DENIED** as moot.

It is so **ORDERED**.

This is the final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

KEVIN H. SHARP
Chief Judge
United States District Court